## United States District Court
### Violation Notice

CVB Location Code: CA76

Violation Number: P 0619264
Officer Name (Print): SILER
Officer No.: 155

P0619264

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 7/29/06 1743
Offense Charged: ☐ CFR ☐ USC ☐ State Code
36 CFR 4.2(b) CVC 14601.2(a)

Place of Offense: Housekeeping Straight

Offense Description: Driving on Suspended Drivers License (DUI)

**DEFENDANT INFORMATION**
Phone: ( )
Last Name: ROMERO
First Name: MARTY
M.I.: M
Street Address: 
City: Vacaville
State: CA
Zip Code: 95687
Date of Birth (mm/dd/yyyy):
Drivers License No.: C5238380
D.L. State: CA
Social Security No.:
☒ Adult  ☐ Juvenile  Sex ☒ Male  ☐ Female
Hair: Red   Eyes: Brn   Height: 6-02   Weight: 230

**VEHICLE DESCRIPTION** VIN:
Tag No.: 7C84941
State: CA
Year: 03
Make/Model: Chvy
Color: Blu

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

MA

$ _____  Forfeiture Amount
+ $25  Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy           NPS 10-50 (Rev. 7-05)

---

## STATEMENT OF PROBABLE CAUSE
P0619264

I state that on 07-29-06 while exercising my duties as a law enforcement officer in the Eastern district of CA

I saw a blue Chevy traveling eastbound on Chapel straight at a high rate of speed weaving in and out of traffic without signaling. I initiated pursuit of the vehicle with my emergency lights on and caught up to the vehicle on Housekeeping Straight. I paced the vehicle on Housekeeping straight using RADAR #ECO335 at 41mph in a posted 25mph zone.

I initiated a traffic stop and identified the male as ROMERO from a CA identification card. A computer check returned a warrant out of Vacaville for 14601.2(a) driving on a suspended license (warrant# FF1200385TR). The warrant was confirmed.

I placed ROMERO under arrest for the warrant and 36CFR 4.2 CVC 14601.2(a) Driving on a suspended driver's license.

The foregoing statement is based upon:

☑ my personal observation
☑ my personal investigation
__ info supplied me by my fellow officer's
__ other (see explanation above)

I declare under penalty of perjury that the information that I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:
7/29/06                      [signature]
Date                         Officer's signature

# United States District Court
## Violation Notice

CVB Location Code: CA76

**Violation Number:** P 0619263
**Officer Name (Print):** SILER
**Officer No.:** 155

P0619263

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 7/29/06 1743
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.21(c)
**Place of Offense:** Housekeeping Straight
**Offense Description:** SPEED 41/25

### DEFENDANT INFORMATION

Phone: (   )
**Last Name:** ROMERO
**First Name:** Marty
**M.I.:** M
**Street Address:**
**City:** Vacaville
**State:** CA
**Zip Code:** 95687
**Date of Birth:**
**Drivers License No.:** C5238380
**D.L. State:** CA
**Social Security No.:**
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   **Hair:** Red   **Eyes:** Brn   **Height:** 6-02   **Weight:** 230

### VEHICLE DESCRIPTION

**VIN:**
**Tag No.:** 7C84941
**State:** CA
**Year:** 03
**Make/Model:** Chvy
**Color:** Blu

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

MA

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy     NPS 10-50 (Rev. 7-05)

---

## STATEMENT OF PROBABLE CAUSE
### P0619263

I state that on 07-29-06 while exercising my duties as a law enforcement officer in the Eastern district of CA

I saw a blue Chevy traveling eastbound on Chapel straight at a high rate of speed weaving in and out of traffic without signaling. I initiated pursuit of the vehicle with my emergency lights on and caught up to the vehicle on Housekeeping Straight. I paced the vehicle on Housekeeping straight using RADAR #ECO335 at 41mph in a posted 25mph zone.

I initiated a traffic stop and identified the male as ROMERO from a CA identification card. A computer check returned a warrant out of Vacaville for 14601.2(a) driving on a suspended license (warrant# FF1200385TR). The warrant was confirmed.

I placed ROMERO under arrest for the warrant and 36CFR 4.21(c) Speed

The foregoing statement is based upon:

☒ my personal observation
☒ my personal investigation
___ info supplied me by my fellow officer's
___ other (see explanation above)

I declare under penalty of perjury that the information that I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

7/29/06          [signature]
Date             Officer's signature